UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY STEVENS, | Case No. EDCV 04-1297-JWJ |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S PETITION FOR ATTORNEY'S FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Plaintiff has filed a Petition For Approval of Attorney Fees under 42 U.S.C. §406(b). Defendant has filed a Response, and the matter has been taken under submission without oral argument.

Having considered the pleadings filed by counsel for plaintiff and defendant regarding plaintiff counsel's Petition For Attorney Fees pursuant to 42 U.S.C. § 406(b) the Court awards plaintiff's counsel the sum of

///
///
///
///
///

$7,368.55 pursuant to 42 U.S.C. § 406(b).  Further, plaintiff's counsel shall reimburse plaintiff the $5,000.00 in previously awarded EAJA fees from § 406(b) award.

DATED:  October 29, 2008

                                    /s/
                         JEFFREY W. JOHNSON
                         United States Magistrate Judge